# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(142)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
          Defendant-Appellant.
_____/

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

On order of the Chief Justice, the motion of defendant-appellant for leave to file supplemental authority is GRANTED. The supplemental authority submitted on October 15, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2014



Clerk